**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Raymond E. Brown (SBN 164819)
Aaron Daniels (SBN 279681)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
adaniels@aguileragroup.com

Attorneys for Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>PAUL RYAN ASSOCIATES, a California corporation; and DOES 1 through 50 inclusive,<br><br>　　　Defendants. | Case No.: 3:18-cv-00038-EMC<br><br>**JOINT STIPULATION RE: DISMISSAL**<br><br>**Status Conference**<br>Date:　April 18, 2019<br>Time:　10:30 a.m.<br>Ctrm.:　5, 17th Floor, San Francisco, CA |

**IT IS HEREBY STIPULATED** by and between Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ("TRAVELERS") and Defendant PAUL RYAN ASSOCIATES ("RYAN ASSOCIATES") by and through their counsel of record, that:

///

1
Case No.: 3:18-cv-00038-EMC
**JOINT STIPULATION RE: DISMISSAL**

1. This action should be dismissed in its entirety pursuant to Federal Rules of Civil Procedure § 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: March 18, 2019      THE AGUILERA LAW GROUP, APLC

_____
A. Eric Aguilera
Raymond E. Brown
Aaron Daniels
Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Dated: March 18, 2019      BOORNAZIAN, JENSEN & GARTHE

_____
Robert Lueck
Jeffery Chadic
Michael Yakumithis
Attorneys for Defendant PAUL RYAN ASSOCIATES

DATED: March 25, 2019

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA